

Remarkable Foods Hospitality, LLC    150 Greenwich Street 57th Floor New York, NY 10007    +1 (315) 8898809
Esmirna Hondoy    3758 N 9th st Philadelphia, PA 19140

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Esmirna Hondoy | Remarkable Foods Hospitality, LLC |  | 05/05/2025 | 05/11/2025 | 05/16/2025 |  |

|  | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 15.80 | 284.45 | 0.00 | 41.36 | 0.00 | 243.09 |
| YTD | 15.80 | 284.45 | 0.00 | 41.36 | 0.00 | 243.09 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay | 05/06/2025 - 05/11/2025 | 15.80277 | 18 | 284.45 | 15.802777 | 284.45 | OASDI | 17.64 | 17.64 |
|  |  |  |  |  |  |  | Medicare | 4.12 | 4.12 |
|  |  |  |  |  |  |  | State Tax - PA | 8.73 | 8.73 |
|  |  |  |  |  |  |  | SUI-Employee Paid - PA | 0.20 | 0.20 |
|  |  |  |  |  |  |  | City Tax - PHILA | 10.67 | 10.67 |
| Earnings |  |  |  | 284.45 |  | 284.45 | Employee Taxes | 41.36 | 41.36 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 284.45 | 284.45 |
| Medicare - Taxable Wages | 284.45 | 284.45 |
| Federal Withholding - Taxable Wages | 284.45 | 284.45 |
| State Tax Taxable Wages - PA | 284.45 | 284.45 |
| City Tax Taxable Wages - PHILA | 284.45 | 284.45 |

|  | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately |  | Description | Accrued | Reduced | Available |
|  |  |  | Sick Weekly | 0.526759 | 0 | 0.526759 |
| Allowances | 0 | 0 | Vacation (Non-Exempt) | 0.49 | 0 | 0.49 |
| Additional Withholding | 0 |  |  |  |  |  |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Capital bank | Capital bank ******6948 | ******6948 |  | 243.09    USD |