IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ESMIRNA CHRISTINA HONDOY<br>    Debtor,<br><br>FIFTH THIRD BANK<br>    Movant,<br><br>           v.<br><br>ESMIRNA CHRISTINA HONDOY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12126-djb<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW COMES, Movant, Fifth Third Bank (the "Movant "), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Objection to Confirmation of the Debtor's Chapter 13 Plan (the "Objection") filed June 11, 2025, stating as follows:

1. Respondent, Esmirna Christina Hondoy (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on June 11, 2025 (the "Petition Date").

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such a capacity.

3. On or about November 11, 2022, the Debtor entered into a Retail Installment Sales Contract ("Note") with the Movant for the purchase of the 2020 Dodge Charger Scat Pack, VIN: 2C3CDXGJ3LH184654 (the "Vehicle") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

4. Movant has a secured interest in the 2020 Dodge Charger Scat Pack, VIN: 2C3CDXGJ3LH184654, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

5. The Note requires monthly payments of $1,070.75 at an annual interest rate of 11.090%.

6. The Total Debt on the Note as of May 28, 2025, was $42,365.29. The total pre-petition arrears due at the Petition Date were $2,208.50. These amounts are reflected in the Proof of Claim that was filed by Movant on July 7, 2025.

7. Debtor's Chapter 13 Plan filed June 11, 2025, list Movant's pre-petition arrears to be paid through the Plan in the amount of $24,618.00 at 9.50%.

8. The Debtor's Chapter 13 Plan fails cure Movant's pre-petition arrears and fails to properly treat Movant's claim as filed and therefore fails to comply with 11 U.S.C. § 1322.

9. The Movant's Proof of Claim should govern.

WHEREFORE, Movant, Fifth Third Bank, respectfully requests that this Honorable Court deny confirmation of Debtor's Chapter 13 Plan.

Dated: August 21, 2025

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

/s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Fifth Third Bank*