IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ESMIRNA CHRISTINA HONDOY<br>    Debtor,<br><br>FIFTH THIRD BANK<br>    Movant,<br><br>          v.<br><br>ESMIRNA CHRISTINA HONDOY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12126-djb<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on August 21, 2025, I served copies of Movant Fifth Third Bank's Objection to Confirmation of Debtor's Chapter 13 Plan filed June 11, 2025 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Service via 1st Class Mail

| | |
|---|---|
| **Esmirna Christina Hondoy**<br>3758 N. 9th Street<br>Philadelphia, PA 19140-3121 | **MICHAEL A. CIBIK**<br>**Cibik Law, P.C.**<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

Service via Electronic Notice

| | |
|---|---|
| **KENNETH E. WEST**<br>**Office of the Chapter 13 Standing Trustee**<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

                                                /s/*Keri P. Ebeck*
                                                Keri P. Ebeck, Esq.
                                                PA I.D. # 91298
                                                kebeck@bernsteinlaw.com
                                                601 Grant Street, 9th Floor
                                                Pittsburgh, PA 15219
                                                Phone - (412) 456-8112
                                                Fax - (412) 456-8135

                                                *Counsel for Fifth Third Bank*