# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Philadelphia Division

| | |
|---|---|
| Esmirna Christina Hondoy,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-12126-DJB |

**Certificate of Service**

I, Michael A. Cibik, certify that on September 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: September 11, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Pennsylvania Housing Finance Agency**
211 North Front Street
Harrisburg, PA 17101
Method of Service: CM/ECF

**Fifth Third Bank N.A.**
PO Box 9013
Addison, TX 75001
Method of Service: First Class Mail

**American Honda Finance Corporation**
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
Method of Service: First Class Mail