UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| Esmirna Christina Hondoy, | Case No. 25-12126-DJB |
| *Debtor*. | Chapter 13 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION OF FIFTH THIRD BANK TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

**AND NOW**, it is hereby **ORDERED**

That the Stipulation Resolving Objection of Fifth Third Bank to Confirmation of Debtor's Proposed Plan is **APPROVED**.

By the Court,

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge

Dated: