UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Esmirna Christina Hondoy,<br><br>*Debtor*. | Case No. 25-12126-DJB<br>Chapter 13 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION OF FIFTH THIRD BANK TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

**AND NOW**, it is hereby **ORDERED**

That the Stipulation resolving Objection of Fifth Third Bank to Confirmation of Debtor's Proposed Plan is **APPROVED**.

By the Court,

DATE: **September 22, 2025**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Esmirna Christina Hondoy,<br><br>*Debtor.* | Case No. 25-12126-DJB<br>Chapter 13 |

### STIPULATION RESOLVING OBJECTION OF FIFTH THIRD BANK TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

Fifth Third Bank (the "Creditor"), who is the current holder of a Retail Installment Sale Contract which is secured by a 2020 Dodge Charger Scat Pack, VIN: 2C3CDXGJ3LH184654 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Debtor's Proposed Plan.

**IT IS THEREFORE STIPUALTED THAT:**

**Debtor is to amend plan:** Within 30 days of entry of this Order, the Debtor must file an amended plan to provide for payment of Creditor's claim in the amount of $31,500.00 at 9.5% interest (the Till rate) for a total of $39,693.52 though the Chapter 13 plan.

**IT IS THEREFORE STIPULATED** that the Creditor will be paid $31,500.00 at 9.5% interest (the Till rate) for a total of $39,693.52 though the Chapter 13 plan: and

**IT IS FURTHER STIPULATED** that the Creditor withdraws the Objection to Confirmation of Debtor's Proposed Plan.

The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

CONSENTED TO BY:

DATED: 09/9/2025

/s/ Michael A. Cibik
MICHAEL A. CIBIK
Attorney for the Debtor

CONSENTED TO BY:

DATED: 09/11/2025

/s/ Keri P. Ebeck
Keri P. Ebeck
Attorney for Fifth Third Bank

CONSENTED TO BY:

DATED: September 18, 2025

No Objection - Without Prejudice to Any Trustee Rights or Remedies
/s/ LeeAne O. Huggins
KENNETH E. WEST
Chapter 13 Trustee

2