United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-12126-djb

Esmirna Christina Hondoy  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1

Date Rcvd: Sep 22, 2025      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Esmirna Christina Hondoy, 3758 N. 9th Street, Philadelphia, PA 19140-3121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Esmirna Christina Hondoy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Esmirna Christina Hondoy,<br><br>*Debtor*. | Case No. 25-12126-DJB<br>Chapter 13 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION OF FIFTH THIRD BANK TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

**AND NOW**, it is hereby **ORDERED**

That the Stipulation resolving Objection of Fifth Third Bank to Confirmation of Debtor's Proposed Plan is **APPROVED**.

By the Court,

DATE: **September 22, 2025**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Esmirna Christina Hondoy,<br><br>                      *Debtor*. | Case No. 25-12126-DJB<br>Chapter 13 |

**STIPULATION RESOLVING OBJECTION OF FIFTH THIRD BANK TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN**

Fifth Third Bank (the "Creditor"), who is the current holder of a Retail Installment Sale Contract which is secured by a 2020 Dodge Charger Scat Pack, VIN: 2C3CDXGJ3LH184654 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Debtor's Proposed Plan.

**IT IS THEREFORE STIPUALTED THAT:**

**Debtor is to amend plan:** Within 30 days of entry of this Order, the Debtor must file an amended plan to provide for payment of Creditor's claim in the amount of $31,500.00 at 9.5% interest (the Till rate) for a total of $39,693.52 though the Chapter 13 plan.

**IT IS THEREFORE STIPULATED** that the Creditor will be paid $31,500.00 at 9.5% interest (the Till rate) for a total of $39,693.52 though the Chapter 13 plan: and

**IT IS FURTHER STIPULATED** that the Creditor withdraws the Objection to Confirmation of Debtor's Proposed Plan.

The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

CONSENTED TO BY:

DATED:  09/9/2025          /s/ Michael A. Cibik
                           MICHAEL A. CIBIK
                           Attorney for the Debtor

CONSENTED TO BY:

DATED:  09/11/2025         /s/ Keri P. Ebeck
                           Keri P. Ebeck
                           Attorney for Fifth Third Bank

CONSENTED TO BY:           No Objection - Without Prejudice to Any
                           Trustee Rights or Remedies
DATED:  September 18, 2025  /s/ LeeAne O. Huggins
                           KENNETH E. WEST
                           Chapter 13 Trustee

2