United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-12126-djb

Esmirna Christina Hondoy  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Oct 23, 2025      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Esmirna Christina Hondoy, 3758 N. 9th Street, Philadelphia, PA 19140-3121 |
| 15013036 | | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E 1830 E, Grand Rapids, MI 49546 |
| 15013039 | + | Jefferson Health, 101 E. Olney Avenue Suite 301, Philadelphia, PA 19120-2470 |
| 15035808 | | Jefferson Health Einstein, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15013043 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15013047 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15013050 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15013031 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 24 2025 00:36:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 15020785 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 24 2025 00:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15013033 | | Email/Text: megan.harper@phila.gov | Oct 24 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15013032 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:34:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15013034 | | Email/Text: bankruptcy@philapark.org | Oct 24 2025 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15013035 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 24 2025 00:36:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15026886 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Oct 24 2025 00:35:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 15013037 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 24 2025 00:36:00 | Fifth Third Bank, N.A., Fifth Third Center, 38 Fountain Square Plz, Cincinnati, OH 45202-3102 |
| 15013038 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15013040 | | Email/Text: LibertySOP@cscglobal.com | Oct 24 2025 00:36:00 | Liberty Mutual Insurance, 175 Berkeley St, Boston, MA 02116-5066 |
| 15013041 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2025 00:36:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15013042 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2025 00:36:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15029559 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |

Case 25-12126-djb   Doc 29   Filed 10/25/25   Entered 10/26/25 00:38:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| | | Oct 24 2025 00:36:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15013044 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15031791 | Email/Text: lhaller@pkh.com | Oct 24 2025 00:36:00 | Pennsylvania Housing Finance Agency, c/o LEON P. HALLER, Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 15034287 | + Email/Text: blegal@phfa.org | Oct 24 2025 00:36:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15013045 | Email/Text: blegal@phfa.org | Oct 24 2025 00:36:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 15013046 | ^ MEBN | Oct 24 2025 00:29:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15013048 | Email/Text: bankruptcy@philapark.org | Oct 24 2025 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15013049 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 24 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15032031 | + Email/PDF: ebn_ais@aisinfo.com | Oct 24 2025 00:35:13 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2025             Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 28 |

                dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. CIBIK

                on behalf of Debtor Esmirna Christina Hondoy help@cibiklaw.com
                noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Esmirna Christina Hondoy ) Case No. 25−12126−djb
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 23, 2025                                                For The Court

                                                                                  Derek J Baker
                                                                                  Judge, United States Bankruptcy Court