# 2023 Honda CRF450R-S

| | |
|---|---|
| **Vehicle Type** | Motorcycles |
| **Manufacturer** | Honda |
| **Year** | 2023 |
| **Type** | Moto Cross |
| **Model** | CRF450R-S |
| **Piston Displacement (CCs)** | 450 |
| **Stroke** | 4 |
| **Cylinders** | 1 |
| **Speeds** | 5 Speed |
| **Manufacturer's Reported Weight** | 247 lbs |
| **Value From** | May-Jun 2026 Edition |

| | Suggested List | Rough Trade-In/Wholesale | Clean Trade-In/Wholesale | Average Retail |
|---|---|---|---|---|
| **BASE PRICE** | $8,799 | $4,465 | $5,270 | $6,560 |
| **TOTAL PRICE** | $8,799 | $4,465 | $5,270 | $6,560 |

## Vehicle Notes

## Value Explanations

The values listed are a guide for appraisal purposes only. The values are a reflection of the unit's respective popularity. It may be necessary to adjust listed values to meet market conditions of your area. Used units in above average condition could be worth more than average retail value.

**Suggested List**

The manufacturer's (distributor's) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license, tags or insurance.

**Rough Trade-In/Wholesale**

This figure reflects the wholesale value of a used unit in need of repairs and refurbishing.

**Clean Trade-In/Wholesale**

This figure reflects the clean wholesale value of a clean used unit "ready for resale".

**Average Retail**

**(High Book)** This figure reflects the average retail value of a used unit "ready for resale". Units in excellent or prime condition may increase value 10% - 15%.