IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 25-12126-djb |
|---|---|
| ESMIRNA CHRISTINA HONDOY, Debtor, | Chapter 13 |
| AMERICAN HONDA FINANCE CORPORATION, Movant, | |
| v. | |
| ESMIRNA CHRISTINA HONDOY, and KENNETH E. WEST, Trustee, Respondents. | |

ORDER OF COURT

AND NOW, this ___ day of _____, 2026, upon consideration of the foregoing

Motion for Relief from the Automatic Stay, it is hereby ORDERED,

  a.  Relief from the Automatic Stay is granted as to the interest of American Honda Finance Corporation in regard to the 2023 M/C CRF450R-S, VIN: JH2PE07C0PK300417.

  b.  The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

_____
Honorable Derek J. Baker
U.S. Bankruptcy Court Judge