IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-12126-djb |
| ESMIRNA CHRISTINA HONDOY,<br>    Debtors, | Chapter 13 |
| AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant, | |
| v. | |
| ESMIRNA CHRISTINA HONDOY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | |

## STIPULATION TO RESOLVE
## MOTION FOR RELIEF FROM STAY

The Movant, American Honda Finance Corporation ("Movant") by and through counsel,

Keri P. Ebeck, Esquire and Debtor, Esmirna Christina Hondoy ('Debtor") , by and through

counsel, Michael Cibik, Esquire files this Stipulation to Resolve the pending Motion for Relief

from Stay and agree as follows:

1. The Movant filed its Motion for Relief from Stay for the 2023 M/C CRF450R-S, VIN:

JH2PE07C0PK300417 ("Collateral") on May 20, 2026 at Doc. No. 30.

2. The Debtor did not file an answer and the Movant filed its certificate of no response on

June 4, 2026 at Doc. No. 33.

3.      As of July 2, 2026, the amount due and owing to Movant for June and July 2026 post-petition payments is $420.80.

4.      The Debtor has not included this in her Chapter 13 plan, as it is being paid outside the plan by a family member, who is responsible for payments.

5.      The Debtor thereby agrees to relief from the automatic stay being entered herein.

Agreed to by:

*/s/ Keri P. Ebeck*
Keri P. Ebeck, Esquire
Attorney ID No. 91298
Metz Lewis Brodman Must O'Keefe
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222

*Attorney for Movant*

*/s/Michael A. Cibik*
Michael A. Cibik, Esquire
Attorney ID No. 23110
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

*Attorney for Debtor*

No Objection

/s/ LeeAne O. Huggins
Kenneth E. West, Esquire
Chapter 13 Standing Trustee