IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ESMIRNA CHRISTINA HONDOY,<br>    Debtors,<br><br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant,<br><br>      v.<br><br>ESMIRNA CHRISTINA HONDOY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12126-djb<br><br><br>Chapter 13 |

**<u>ORDER</u>**

AND NOW, this _____ day of July, 2026, upon consideration of the Stipulation to Resolve Motion for Relief, it is hereby ordered that it granted and entered herein.

Relief from Stay as to American Honda Finance Corporation as to the 2023 M/C CRF450R-S, VIN: JH2PE07C0PK300417 shall be granted.

_____
Honorable Judge Derek J. Baker
U.S. Bankruptcy Court