IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ESMIRNA CHRISTINA HONDOY,<br>        Debtors,<br><br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>        Movant,<br><br>                v.<br><br>ESMIRNA CHRISTINA HONDOY, and<br>KENNETH E. WEST, Trustee,<br>        Respondents. | Bankruptcy No. 25-12126-djb<br><br><br>Chapter 13 |

## ORDER

AND NOW, this _____ day of       , 2026, upon consideration of the Stipulation to

Resolve Motion for Relief, it is hereby ordered that it granted and entered herein.

Relief from Stay as to American Honda Finance Corporation as to the 2023 M/C

CRF450R-S, VIN: JH2PE07C0PK300417 shall be granted.

**Date: July 14, 2026**

_____
Honorable Judge Derek J. Baker
U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ESMIRNA CHRISTINA HONDOY,<br>    Debtors,<br><br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant,<br><br>      v.<br><br>ESMIRNA CHRISTINA HONDOY, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-12126-djb<br><br><br>Chapter 13 |

## STIPULATION TO RESOLVE
## MOTION FOR RELIEF FROM STAY

The Movant, American Honda Finance Corporation ("Movant") by and through counsel, Keri P. Ebeck, Esquire and Debtor, Esmirna Christina Hondoy ('Debtor") , by and through counsel, Michael Cibik, Esquire files this Stipulation to Resolve the pending Motion for Relief from Stay and agree as follows:

1. The Movant filed its Motion for Relief from Stay for the 2023 M/C CRF450R-S, VIN: JH2PE07C0PK300417 ("Collateral") on May 20, 2026 at Doc. No. 30.

2. The Debtor did not file an answer and the Movant filed its certificate of no response on June 4, 2026 at Doc. No. 33.

3.	As of July 2, 2026, the amount due and owing to Movant for June and July 2026 post-petition payments is $420.80.

4.	The Debtor has not included this in her Chapter 13 plan, as it is being paid outside the plan by a family member, who is responsible for payments.

5.	The Debtor thereby agrees to relief from the automatic stay being entered herein.

Agreed to by:

*/s/ Keri P. Ebeck*
Keri P. Ebeck, Esquire
Attorney ID No. 91298
Metz Lewis Brodman Must O'Keefe
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222

*Attorney for Movant*

*/s/Michael A. Cibik*
Michael A. Cibik, Esquire
Attorney ID No. 23110
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

*Attorney for Debtor*

No Objection

/s/ LeeAne O. Huggins
Kenneth E. West, Esquire
Chapter 13 Standing Trustee