United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 25-12126-djb

Esmirna Christina Hondoy                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Esmirna Christina Hondoy, 3758 N. 9th Street, Philadelphia, PA 19140-3121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Fifth Third Bank kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor American Honda Finance Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Esmirna Christina Hondoy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Jul 14, 2026                                Form ID: pdf900                               Total Noticed: 1

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 25-12126-djb |
|---|---|
| ESMIRNA CHRISTINA HONDOY, <br>    Debtors, | Chapter 13 |
| AMERICAN HONDA FINANCE CORPORATION <br>    Movant, | |
| v. | |
| ESMIRNA CHRISTINA HONDOY, and KENNETH E. WEST, Trustee, <br>    Respondents. | |

## <u>ORDER</u>

AND NOW, this _____ day of ____, 2026, upon consideration of the Stipulation to

Resolve Motion for Relief, it is hereby ordered that it granted and entered herein.

Relief from Stay as to American Honda Finance Corporation as to the 2023 M/C

CRF450R-S, VIN: JH2PE07C0PK300417 shall be granted.

**Date: July 14, 2026**

_____
Honorable Judge Derek J. Baker
U.S. Bankruptcy Court

| In Re: | Bankruptcy No. 25-12126-djb |
|---|---|
| ESMIRNA CHRISTINA HONDOY, Debtors, | Chapter 13 |
| AMERICAN HONDA FINANCE CORPORATION Movant, v. ESMIRNA CHRISTINA HONDOY, and KENNETH E. WEST, Trustee, Respondents. | |

## STIPULATION TO RESOLVE
## MOTION FOR RELIEF FROM STAY

The Movant, American Honda Finance Corporation ("Movant") by and through counsel, Keri P. Ebeck, Esquire and Debtor, Esmirna Christina Hondoy ('Debtor') , by and through counsel, Michael Cibik, Esquire files this Stipulation to Resolve the pending Motion for Relief from Stay and agree as follows:

1. The Movant filed its Motion for Relief from Stay for the 2023 M/C CRF450R-S, VIN: JH2PE07C0PK300417 ("Collateral") on May 20, 2026 at Doc. No. 30.

2. The Debtor did not file an answer and the Movant filed its certificate of no response on June 4, 2026 at Doc. No. 33.

3.      As of July 2, 2026, the amount due and owing to Movant for June and July 2026 post-petition payments is $420.80.

4.      The Debtor has not included this in her Chapter 13 plan, as it is being paid outside the plan by a family member, who is responsible for payments.

5.      The Debtor thereby agrees to relief from the automatic stay being entered herein.

Agreed to by:

*/s/ Keri P. Ebeck*
Keri P. Ebeck, Esquire
Attorney ID No. 91298
Metz Lewis Brodman Must O'Keefe
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222

*Attorney for Movant*

*/s/Michael A. Cibik*
Michael A. Cibik, Esquire
Attorney ID No. 23110
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

*Attorney for Debtor*

No Objection

/s/ LeeAne O. Huggins
Kenneth E. West, Esquire
Chapter 13 Standing Trustee